**| Respond to Selected Documents**

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries ⌄

**04/08/2026**

### Corporation Served

Document ID - 26-SMCC-2890; Served To - GEICO INSURANCE COMPANY; Served Date - 04/07/2026; Served Time - 13:55:51; Service Type - SP; Reason Description - SERV; Service Text -

### Certificate of Service

Return of Service.

> **Filed By:** GREGORY DAVID VESCOVO JR
> **On Behalf Of:** ANTHONY ADAMGBO

**04/06/2026**

### Alias Summons Issued

Document ID: 26-SMCC-2890, for GEICO INSURANCE COMPANY

**04/03/2026**

### Alias Summons Requested

Upon review of Plaintiff's Motion for Alias Summons, the court hereby GRANTS the motion. The Court asks the Clerk to issue the Alias Summons for Defendant and return to Plaintiff's counsel for service upon Defendant via the Special Process Server Doug Shaw with Research Specialist Inc. SO ORDERED: PRESIDING JUDGE CHRISTOPHER E. MCGRAUGH #36301.

### Order - Special Process Server

REQUEST FOR APPOINTMENT OF PROCESS SERVER: Comes now Eugene Burns, pursuant to Local Rule 14, requests the appointment by the Circuit Clerk of DS to serve summons and petition in this cause on the below named parties (see order for details).

**04/02/2026**

### Proposed Order Filed

Proposed Order for Alias Summons.

> **Filed By:** GREGORY DAVID VESCOVO JR

### Alias Summons Requested

Motion for Alias Summons.

> **Filed By:** GREGORY DAVID VESCOVO JR

### Motion Special Process Server

Request for Special Process Server.

> **Filed By:** GREGORY DAVID VESCOVO JR

### Notice of Service

Return of Non-Service.

> **Filed By:** GREGORY DAVID VESCOVO JR

### Jury Trial Scheduled

> **Scheduled For:** 06/29/2026; 9:00 AM; CHRISTOPHER EDWARD MCGRAUGH; City of St. Louis

### Hearing Continued/Rescheduled

Continuance Reason - CNRCD Â Cause not Reached; Continuance Requestor - COURT Â Court

> **Associated Entries:** 02/20/2026 - Hearing Continued/Rescheduled +
> **Associated Entries:** 02/20/2026 - Jury Trial Scheduled
> **Hearing Continued From:** 05/11/2026; 9:00 AM Jury Trial

### Summons Returned Non-Est

Document ID - 25-SMCC-13331; Served To - GEICO INSURANCE COMPANY; Served Date - 04/02/2026; Served Time - 00:00:00; Service Type - SP; Reason Description - NEST; Service Text -

**02/20/2026**

### Jury Trial Scheduled

> **Associated Entries:** 04/02/2026 - Hearing Continued/Rescheduled +
> **Scheduled For:** 05/11/2026; 9:00 AM; CHRISTOPHER EDWARD MCGRAUGH; City of St. Louis

### Hearing Continued/Rescheduled

Continuance Reason - CNRCD Â Cause not Reached; Continuance Requestor - COURT Â Court

> **Associated Entries:** 10/23/2025 - Jury Trial Scheduled
> **Associated Entries:** 04/02/2026 - Hearing Continued/Rescheduled +
> **Hearing Continued From:** 03/23/2026; 9:00 AM Jury Trial

**EXHIBIT A**

**10/23/2025**

**Jury Trial Scheduled**

**Associated Entries: 02/20/2026 - Hearing Continued/Rescheduled    +**

**Scheduled For:** 03/23/2026; 9:00 AM; CHRISTOPHER EDWARD MCGRAUGH; City of St. Louis

**09/29/2025**

**Summons Issued-Circuit**

Document ID: 25-SMCC-13331, for GEICO INSURANCE COMPANY

**09/26/2025**

**Filing Info Sheet eFiling**


**Filed By:** GREGORY DAVID VESCOVO JR

**Motion Special Process Server**

Motion Special Process Server.

**Filed By:** GREGORY DAVID VESCOVO JR

**On Behalf Of:** ANTHONY ADAMGBO

**Pet Filed in Circuit Ct**

Petition.

**Filed By:** GREGORY DAVID VESCOVO JR

**On Behalf Of:** ANTHONY ADAMGBO

**2522-CC09378**

Electronically Filed - City of St. Louis - September 26, 2025 - 07:28 AM

**STATE OF MISSOURI**
**TWENTY-SECOND JUDICIAL CIRCUIT COURT**
**CIRCUIT COURT OF THE CITY OF ST. LOUIS**

| | | |
|---|---|---|
| **ANTHONY ADAMGBO** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Cause No.:** |
| **v.** | ) | |
| | ) | **Division:** |
| **GEICO INSURANCE COMPANY** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **Serve:  CT Corporation System** | ) | |
| **120 S central Ave** | ) | |
| **Clayton, MO 63105** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PETITION

COMES NOW, Plaintiff, Anthony Adamgbo ("Plaintiff" or "Adamgbo"), by and through his undersigned counsel, Gregory D. Vescovo, Jr. Esq. of Morgan & Morgan, P.A., and for his cause of action against Defendant, Geico Insurance Company ("Defendant" or "Geico"), states to the Court as follows:

## PARTIES

1.      At all times relevant hereto, Plaintiff Anthony Adamgbo was and is a citizen and resident of the State of Missouri.

2.      At all relevant times hereto, Defendant Geico is an insurance company in good standing in the State of Missouri who, upon information and belief, regularly solicits and transacts business in the State of Missouri.

## VENUE AND PERSONAL JURISDICTION

3.      Venue is proper in the Circuit Court of St. Louis City pursuant to MO. REV. STAT. § 508.010 because Plaintiff was first injured in St. Louis City.

1

Electronically Filed - City of St. Louis - September 26, 2025 - 07:28 AM

4.      Jurisdiction is proper over the Defendant in the State of Missouri pursuant to at least MO. REV. STAT. § 506.500 because Defendant conducts business within the State of Missouri.

## FACTUAL ALLEGATIONS

5.      On or about August 20, 2023, Plaintiff Adamgbo was operating a 2013 Toyota Highlander in the City of St. Louis, Missouri.

6.      Plaintiff Adamgbo was travelling northbound on Morgan Ford.

7.      Morgan Ford is a public thoroughfare which passes through, among other areas, the City of St. Louis, Missouri.

8.      An uninsured driver, Ali Lawrence, drove a 2001 Mercedes-Benz 430 Series directly into the Plaintiff's vehicle.

9.      As a result of the aforementioned events, Plaintiff Adamgbo suffered permanent and progressive injuries, and incurred past, and will incur future medical bills for reasonable and necessary treatment.

## COUNT I
### (Breach of Uninsured Motorist Contract)

10.      Plaintiff hereby incorporates by reference the above allegations as though fully set forth herein.

11.      Plaintiff Adamgbo purchased an insurance policy through Defendant Geico for automobile coverage, including uninsured motorist protection.

12.      Defendant Geico issued an insurance policy to Plaintiff as named insured, policy number 4517-61-54-48, specifically providing coverage for the 2013 Toyota Highlander vin: ***********136861 which is the vehicle involved in the collision.

13.      The policy was in full force and effect on August 20, 2023, the date of the collision.

2

Electronically Filed - City of St. Louis - September 26, 2025 - 07:28 AM

14.    Plaintiff paid Defendant premiums for insurance coverage, to include uninsured motorist coverage in the amount of 100,000 Thousand Dollars ($100,000.00) per person and One Hundred Thousand Dollars ($300,000.00) per occurrence, and therefore, Plaintiff is entitled to benefit from the insurance contract's protections.

15.    Plaintiff Adamgbo sustained bodily injury as a result of the collision with the uninsured driver.

16.    The uninsured driver is legally liable for Plaintiff's bodily injury.

17.    The uninsured driver operated an uninsured vehicle at the time of the collision as defined by the insurance contract with Defendant.

18.    All conditions precedent to the liability of Defendant Geico under Plaintiff's own uninsured motorist policy have been met.

19.    As a direct and proximate result of Defendant's breach of the insurance contract, Plaintiff has been damaged.

WHEREFORE, Plaintiff Adamgbo, prays for a judgment against Defendant Geico, in a sum in excess of One Hundred Thousand Dollars ($100,000.00), together with costs herein expended, and for any further relief this Court deems just and proper.

## COUNT II
### (Vexatious Refusal to Pay)

20.    Plaintiff hereby incorporates by reference the above allegations as though fully set forth herein.

21.    Defendant Geico has failed to make a payment under and in accordance with the terms of the uninsured motorist provision of the insurance contract.

22.     Defendant Geico's refusal to pay for the losses incurred by Plaintiff as a result of the collision is without reasonable cause or excuse.

23.     Pursuant to RSMo § 375.420, Plaintiff is entitled to, in addition to all damages associated with Count I, twenty percent (20%) of the first $1,500.00 of loss and ten percent (10%) for all losses greater than $1,500.00, as well as Plaintiff's attorney fees.

WHEREFORE, Plaintiff Adamgbo, prays for a judgment against Defendant Geico, in a sum in excess of One Hundred Thousand Dollars ($100,000.00), together with costs herein expended, and for any further relief this Court deems just and proper.

**PLAINTIFF REQUESTS TRIAL BY JURY.**

Dated: September 26, 2025                              Respectfully Submitted,

                                                                          _/s/ Gregory D. Vescovo, Jr_
                                                                          Gregory D. Vescovo, Jr #63302
                                                                          **Morgan & Morgan, P.A.**
                                                                          200 N. Broadway, Suite 720
                                                                          St. Louis, MO 63102
                                                                          Tel: 314-955-1036
                                                                          Fax: 314-955-1060
                                                                          Email: gvescovo@forthepeople.com
                                                                                    **ATTORNEY FOR PLAINTIFF**

Electronically Filed - City of St. Louis - September 26, 2025 - 07:28 AM

**2522-CC09378**

Electronically Filed - City of St. Louis - September 26, 2025 - 07:28 AM

**In the**

# CIRCUIT COURT
## City of St. Louis, Missouri

ANTHONY ADAMGBO
_____
Plaintiff/Petitioner


vs.

GEICO INSURANCE COMPANY
_____
Defendant/Respondent

September 26, 2025
_____
Date

_____
Case number

_____
Division

For File Stamp Only

## <u>REQUEST FOR APPOINTMENT OF PROCESS SERVER</u>

Comes now _____ ANTHONY ADAMGBO _____, pursuant
Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of

Doug Shaw,Research Specialist Inc.        P.O. Box 1002 Ballwin, MO 63022        314-324-5351
Name of Process Server                    Address                                Telephone

_____
Name of Process Server                    Address                                Telephone

_____
Name of Process Server                    Address                                Telephone

to serve the summons and petition in this cause on the below named parties.

SERVE:
GEICO INSURANCE COMPANY
_____
Name
120 South Central Ave
_____
Address
Clayton, MO 63105
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk



By_____
    Deputy Clerk


_____
Date

Gregory D. Vescovo, Jr.
_____
Attorney/Plaintiff/Petitioner
6330
_____
Bar No.
200 N.Broadway,Suite 720 St. Louis, MO 63102
_____
Address
314-955-1036
_____
Phone No.

Electronically Filed - City of St. Louis - September 26, 2025 - 07:28 AM

**RULE 14 SPECIAL PROCESS SERVERS**

1. Any person appointed by the Court or the Circuit Clerk to serve process must have a license issued pursuant to this rule to serve process.

2. Licenses to serve process shall be issued by the Sheriff of the City of St. Louis if the applicant has met the following qualifications:

   a. Is twenty-one years of age or older;

   b. Has a high school diploma or an equivalent level of education;

   c. Has insurance coverage for any errors or omissions occurring in the service of process;

   d. Has not been convicted, pleaded guilty to or been found guilty of any felony, or of any misdemeanor involving moral turpitude; and,

   e. Has passed a training course for the service of process which shall be administered by the Sheriff of the City of St. Louis.

3. Each applicant for a process server license under the provisions of this rule shall provide an affidavit setting forth such person's legal name, current address, any other occupations and current telephone numbers.  Licensed process servers shall immediately notify the Sheriff of the City of St. Louis of any change in the above information, and the failure to do so shall constitute good cause for the revocation of such person's license.

4. The Sheriff of the City of St. Louis shall maintain a list of persons licensed to serve process pursuant to this rule, and shall make such list available to litigants upon request.

5. A photo identification card designed by the Sheriff of the City of St. Louis shall be issued in addition to the license.  No other identification will be allowed.  All licenses must be signed and approved by the Sheriff of the City of St. Louis and the Presiding Judge or his designee.

6. A license fee recommended by the Sheriff and approved by the Court En Banc shall be charged to cover the costs of compiling and maintaining the list of process servers and for the training of such process servers.  The license fees shall be made payable to the Sheriff of the City of St. Louis.

Electronically Filed - City of St. Louis - September 26, 2025 - 07:28 AM

7. A license for service of process issued under this rule may be revoked by the Sheriff with the approval of the Presiding Judge or his designee, for any of the following reasons:

   a. Misrepresentation of duty or authority;

   b. Conviction, guilty plea or finding of guilty of any state or federal felony, or a misdemeanor involving moral turpitude;

   c. Improper use of the license;

   d. Making a false return; or

   e. Any other good cause.

   Provided, no service of process made by an appointed process server with a revoked license shall be void if the Court or Circuit Clerk made the appointment in good faith without knowledge of the license revocation.

8. Any person authorized to serve process may carry a concealed firearm as allowed by Section 506.145, RSMo, only while actually engaged in the service of process and only if the person has passed a firearms qualification test approved by a law enforcement agency; provided, however, that any licensed special process server may file a written waiver of the right to carry a concealed firearm and thereby avoid the requirements of firearm training and testing.  Any violation of this section shall be considered beyond the scope of the privilege to carry a concealed weapon that is granted by the appointment, and shall constitute good cause for the revocation of the license.

9. Applications for the appointment of a special process server shall be made on forms available in the offices of the Sheriff and Circuit Clerk.  Orders Appointing special process servers may list more than one licensed server as alternatives.

10. The licenses granted pursuant to this rule shall be good for two years.  Each person granted a license shall be required to reapply at the expiration of the license and shall be required to provide all the information required in the initial application, including a current police record check.

(Approved 9/28/92; amended 11/23/92; 5/31/95; 12/17/07)



# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number: 2522-CC09378 |
| Plaintiff/Petitioner:<br>ANTHONY ADAMGBO<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>GREGORY DAVID VESCOVO JR<br>200 NORTH BROADWAY<br>SUITE 720<br>ST LOUIS, MO  63102 |
| Defendant/Respondent:<br> GEICO INSURANCE COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp for Return) |

| |
|---|
| **The State of Missouri to:**   **GEICO INSURANCE COMPANY**<br>                               **Alias:**<br>**CT CORPORATION SYSTEM, RAGT**<br>**120 SOUTH CENTRAL AVENUE**<br>**CLAYTON, MO  63105** |

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CITY OF ST LOUIS**

September 29, 2025
Date

_Thomas Kloppinger_
Clerk

**Further Information:**

SJRC (07-24) SM30 (SMCC) *For Court Use Only:* **Document ID # 25-SMCC-13331** 1 of 2 (2522-CC09378)      Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case Number: 2522-CC09378

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____,

a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____          _____
Printed Name of Officer or Server                        Signature of Officer or Server


**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____ _____

Date                          Notary Public


**Service Fees (if applicable)**

Summons                            $_____

Non Est                            $_____

Sheriff's Deputy Salary

Supplemental Surcharge     $_____10.00_____

Mileage                            $_____ (_____ miles @ $._____ per mile)

**Total**                          $_____

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - CITY OF ST. LOUIS - April 02, 2026 - 03:59 PM



# Summons in Civil Case

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | **Case Number:  2522-CC09378** |
| Plaintiff/Petitioner:<br>ANTHONY ADAMGBO | Plaintiff's/Petitioner's Attorney/Address<br>GREGORY DAVID VESCOVO JR<br>200 NORTH BROADWAY<br>SUITE 720<br>ST LOUIS, MO  63102 |
| vs. | |
| Defendant/Respondent:<br> GEICO INSURANCE COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |

(Date File Stamp for Return)

**The State of Missouri to:    GEICO INSURANCE COMPANY**
                        **Alias:**
**CT CORPORATION SYSTEM, RAGT**
**120 SOUTH CENTRAL AVENUE**
**CLAYTON, MO  63105**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***CITY OF ST LOUIS***

| September 29, 2025 | *Thomas Kloeppinger* |
|---|---|
| Date | Clerk |

**Further Information:**

Case Number: 2522-CC09378

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____,

a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☒ other: _____.
X     non-est 04/02/2026

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____          _____
Printed Name of Officer or Server                    Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____ _____
                                Date                         Notary Public

### Service Fees (if applicable)

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - CITY OF ST. LOUIS - April 02, 2026 - 03:59 PM

Electronically Filed - CITY OF ST. LOUIS - April 02, 2026 - 03:59 PM

**In the**

# CIRCUIT COURT

## City of St. Louis, Missouri

ANTHONY ADAMGBO
_____
Plaintiff/Petitioner


vs.

GEICO INSURANCE COMPANY
_____
Defendant/Respondent

April 2, 2026
_____
Date

2522-CC09378
_____
Case number

_____
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now _____ ANTHONY ADAMGBO _____, pursuant
                                    Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of

Doug Shaw,Research Specialist Inc.         P.O. Box 1002 Ballwin, MO 63022         314-324-5351
_____
Name of Process Server                    Address                              Telephone

_____
Name of Process Server                    Address                              Telephone

_____
Name of Process Server                    Address                              Telephone

to serve the summons and petition in this cause on the below named parties.

SERVE:
Geico Insurance Company
_____
Name
CT Corporation System, 120 South Central Ave.
_____
Address
Clayton, MO 63105
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk


By_____
     Deputy Clerk


_____
Date

Gregory D. Vescovo, Jr.
_____
Attorney/Plaintiff/Petitioner
6330
_____
Bar No.
200 N.Broadway,Suite 720 St. Louis, MO 63102
_____
Address
314-955-1036
_____
Phone No.

Electronically Filed - CITY OF ST. LOUIS - April 02, 2026 - 03:59 PM

**RULE 14 SPECIAL PROCESS SERVERS**

1. Any person appointed by the Court or the Circuit Clerk to serve process must have a license issued pursuant to this rule to serve process.

2. Licenses to serve process shall be issued by the Sheriff of the City of St. Louis if the applicant has met the following qualifications:

   a. Is twenty-one years of age or older;

   b. Has a high school diploma or an equivalent level of education;

   c. Has insurance coverage for any errors or omissions occurring in the service of process;

   d. Has not been convicted, pleaded guilty to or been found guilty of any felony, or of any misdemeanor involving moral turpitude; and,

   e. Has passed a training course for the service of process which shall be administered by the Sheriff of the City of St. Louis.

3. Each applicant for a process server license under the provisions of this rule shall provide an affidavit setting forth such person's legal name, current address, any other occupations and current telephone numbers.  Licensed process servers shall immediately notify the Sheriff of the City of St. Louis of any change in the above information, and the failure to do so shall constitute good cause for the revocation of such person's license.

4. The Sheriff of the City of St. Louis shall maintain a list of persons licensed to serve process pursuant to this rule, and shall make such list available to litigants upon request.

5. A photo identification card designed by the Sheriff of the City of St. Louis shall be issued in addition to the license.  No other identification will be allowed.  All licenses must be signed and approved by the Sheriff of the City of St. Louis and the Presiding Judge or his designee.

6. A license fee recommended by the Sheriff and approved by the Court En Banc shall be charged to cover the costs of compiling and maintaining the list of process servers and for the training of such process servers.  The license fees shall be made payable to the Sheriff of the City of St. Louis.

Electronically Filed - CITY OF ST. LOUIS - April 02, 2026 - 03:59 PM

7. A license for service of process issued under this rule may be revoked by the Sheriff with the approval of the Presiding Judge or his designee, for any of the following reasons:

   a. Misrepresentation of duty or authority;

   b. Conviction, guilty plea or finding of guilty of any state or federal felony, or a misdemeanor involving moral turpitude;

   c. Improper use of the license;

   d. Making a false return; or

   e. Any other good cause.

   Provided, no service of process made by an appointed process server with a revoked license shall be void if the Court or Circuit Clerk made the appointment in good faith without knowledge of the license revocation.

8. Any person authorized to serve process may carry a concealed firearm as allowed by Section 506.145, RSMo, only while actually engaged in the service of process and only if the person has passed a firearms qualification test approved by a law enforcement agency; provided, however, that any licensed special process server may file a written waiver of the right to carry a concealed firearm and thereby avoid the requirements of firearm training and testing.  Any violation of this section shall be considered beyond the scope of the privilege to carry a concealed weapon that is granted by the appointment, and shall constitute good cause for the revocation of the license.

9. Applications for the appointment of a special process server shall be made on forms available in the offices of the Sheriff and Circuit Clerk.  Orders Appointing special process servers may list more than one licensed server as alternatives.

10. The licenses granted pursuant to this rule shall be good for two years.  Each person granted a license shall be required to reapply at the expiration of the license and shall be required to provide all the information required in the initial application, including a current police record check.

(Approved 9/28/92; amended 11/23/92; 5/31/95; 12/17/07)

Electronically Filed - CITY OF ST. LOUIS - April 02, 2026 - 03:59 PM

**STATE OF MISSOURI**
**TWENTY-SECOND JUDICIAL CIRCUIT COURT**
**CIRCUIT COURT OF ST. LOUIS CITY**

| | | |
|---|---|---|
| **ANTHONY ADAMGBO** | ) | |
| | ) | |
| **Plaintiff**, | ) | |
| | ) | Cause No.: 2522-CC09378 |
| **v.** | ) | |
| | ) | Division: |
| **GEICO INSURANCE COMPANY** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Serve:  CT Corporation System | ) | |
| 120 South Central Ave. | ) | |
| Clayton, MO 63105 | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR ALIAS SUMMONS

COMES NOW Plaintiff Anthony Adamgbo by and through undersigned counsel, Gregory D. Vescovo, Jr. of Morgan & Morgan, P.A., and hereby requests An Alias Summons be issued to Defendants in the above-referenced case at the address listed above. Service to be made on Defendant by Doug Shaw with Research Specialist Inc. P.O. Box 1002, Ballwin, MO 63022; (314) 324-5351.

Dated: April 2, 2026

Respectfully Submitted,

**MORGAN & MORGAN**

*/s/ Gregory D. Vescovo, Jr.*
Gregory D. Vescovo, Jr. # 63302
200 N. Broadway, Suite 720
St. Louis, MO 63102
Tel: 314-955-1036
Fax: 314-955-1060
Email: gvescovo@forthepeople.com
**ATTORNEY FOR PLAINTIFFS**

Electronically Filed - CITY OF ST. LOUIS - April 02, 2026 - 03:59 PM

**In the**

# CIRCUIT COURT

## City of St. Louis, Missouri

ANTHONY ADAMGBO
_____
Plaintiff/Petitioner

vs.

GEICO INSURANCE COMPANY
_____
Defendant/Respondent

April 2, 2026
_____
Date

2522-CC09378
_____
Case number

_____
Division

FILED
For File Stamp Only
APR 03 2026
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
DEPUTY

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now _____ ANTHONY ADAMGBO _____, pursuant
Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of

Doug Shaw,Research Specialist Inc.          P.O. Box 1002 Ballwin, MO 63022          314-324-5351
Name of Process Server                      Address                                 Telephone

_____            _____         _____
Name of Process Server                      Address                                 Telephone

_____            _____         _____
Name of Process Server                      Address                                 Telephone

to serve the summons and petition in this cause on the below named parties.

SERVE:
Geico Insurance Company
_____
Name
CT Corporation System, 120 South Central Ave.
_____
Address
Clayton, MO 63105
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk

By _____
Deputy Clerk

04/03/2026
_____
Date

Gregory D. Vescovo, Jr.
_____
Attorney/Plaintiff/Petitioner
6330
_____
Bar No.
200 N.Broadway,Suite 720 St. Louis, MO 63102
_____
Address
314-955-1036
_____
Phone No.

ENTERED

APR 03 2026

KEB

Electronically Filed - CITY OF ST. LOUIS - April 02, 2026 - 03:59 PM

## RULE 14 SPECIAL PROCESS SERVERS

1. Any person appointed by the Court or the Circuit Clerk to serve process must have a license issued pursuant to this rule to serve process.

2. Licenses to serve process shall be issued by the Sheriff of the City of St. Louis if the applicant has met the following qualifications:

   a. Is twenty-one years of age or older;

   b. Has a high school diploma or an equivalent level of education;

   c. Has insurance coverage for any errors or omissions occurring in the service of process;

   d. Has not been convicted, pleaded guilty to or been found guilty of any felony, or of any misdemeanor involving moral turpitude; and,

   e. Has passed a training course for the service of process which shall be administered by the Sheriff of the City of St. Louis.

3. Each applicant for a process server license under the provisions of this rule shall provide an affidavit setting forth such person's legal name, current address, any other occupations and current telephone numbers. Licensed process servers shall immediately notify the Sheriff of the City of St. Louis of any change in the above information, and the failure to do so shall constitute good cause for the revocation of such person's license.

4. The Sheriff of the City of St. Louis shall maintain a list of persons licensed to serve process pursuant to this rule, and shall make such list available to litigants upon request.

5. A photo identification card designed by the Sheriff of the City of St. Louis shall be issued in addition to the license. No other identification will be allowed. All licenses must be signed and approved by the Sheriff of the City of St. Louis and the Presiding Judge or his designee.

6. A license fee recommended by the Sheriff and approved by the Court En Banc shall be charged to cover the costs of compiling and maintaining the list of process servers and for the training of such process servers. The license fees shall be made payable to the Sheriff of the City of St. Louis.

Electronically Filed - CITY OF ST. LOUIS - April 02, 2026 - 03:59 PM

7. A license for service of process issued under this rule may be revoked by the Sheriff with the approval of the Presiding Judge or his designee, for any of the following reasons:

   a. Misrepresentation of duty or authority;

   b. Conviction, guilty plea or finding of guilty of any state or federal felony, or a misdemeanor involving moral turpitude;

   c. Improper use of the license;

   d. Making a false return; or

   e. Any other good cause.

   Provided, no service of process made by an appointed process server with a revoked license shall be void if the Court or Circuit Clerk made the appointment in good faith without knowledge of the license revocation.

8. Any person authorized to serve process may carry a concealed firearm as allowed by Section 506.145, RSMo, only while actually engaged in the service of process and only if the person has passed a firearms qualification test approved by a law enforcement agency; provided, however, that any licensed special process server may file a written waiver of the right to carry a concealed firearm and thereby avoid the requirements of firearm training and testing.  Any violation of this section shall be considered beyond the scope of the privilege to carry a concealed weapon that is granted by the appointment, and shall constitute good cause for the revocation of the license.

9. Applications for the appointment of a special process server shall be made on forms available in the offices of the Sheriff and Circuit Clerk.  Orders Appointing special process servers may list more than one licensed server as alternatives.

10. The licenses granted pursuant to this rule shall be good for two years.  Each person granted a license shall be required to reapply at the expiration of the license and shall be required to provide all the information required in the initial application, including a current police record check.

(Approved 9/28/92; amended 11/23/92; 5/31/95; 12/17/07)

Electronically Filed - CITY OF ST. LOUIS - April 02, 2026 - 03:59 PM

**STATE OF MISSOURI**
**TWENTY-SECOND JUDICIAL CIRCUIT COURT**
**CIRCUIT COURT OF ST. LOUIS CITY**

FILED
APR 03 2026
22ND JUDICIAL CIRCUIT
BY _____
CIRCUIT CLERK'S OFFICE
DEPUTY

| | | |
|---|---|---|
| ANTHONY ADAMGBO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No.: 2522-CC09378 |
| v. | ) | |
| | ) | Division: |
| GEICO INSURANCE COMPANY | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Serve: CT Corporation System | ) | |
| 120 South Central Ave. | ) | |
| Clayton, MO 63105 | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR ALIAS SUMMONS

Upon review of Plaintiff's Motion for Alias Summons, the court hereby GRANTS the motion. The Court asks the Clerk to issue the Alias Summons for Defendant and return to Plaintiff's counsel for service upon Defendant via the Special Process Server Doug Shaw with Research Specialist Inc.

_____
HONORABLE JUDGE ASSIGNED

ENTERED

APR 03 2026

KEB

# Summons in Civil Case

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>CHRISTOPHER EDWARD<br>MCGRAUGH | Case Number:  2522-CC09378 | |
|---|---|---|
| Plaintiff/Petitioner:<br>ANTHONY ADAMGBO<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>GREGORY DAVID VESCOVO JR<br>200 NORTH BROADWAY<br>SUITE 720<br>ST LOUIS, MO  63102 | |
| Defendant/Respondent:<br> GEICO INSURANCE COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

**The State of Missouri to:    GEICO INSURANCE COMPANY**
**Alias:**
**CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**CLAYTON, MO  63105**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CITY OF ST LOUIS**

_____
4/6/2026
Date

_____
Clerk

**Further Information:**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____        _____
      Printed Name of Officer or Server                                    Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*         My commission expires: _____ _____
                                      Date                            Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - CITY OF ST. LOUIS - April 08, 2026 - 07:02 AM



## Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number: 2522-CC09378 |
| Plaintiff/Petitioner:<br>ANTHONY ADAMGBO<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>GREGORY DAVID VESCOVO JR<br>200 NORTH BROADWAY<br>SUITE 720<br>ST LOUIS, MO  63102 |
| Defendant/Respondent:<br> GEICO INSURANCE COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp for Return) |

The State of Missouri to:  **GEICO INSURANCE COMPANY**
Alias:
**CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MO  63105**

Other Addresses:

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CITY OF ST LOUIS**

| 4/6/2026 | |
|---|---|
| Date | Clerk |

**Further Information:**

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-2890**
1 of 2 (2522-CC09378)    Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case Number: 2522-CC09378

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☒ (for service on a corporation) delivering a copy of the summons and petition to:

_Daniel Schraber_ (name) _Intake specialist_ (title).

☐ other: _____.

Served at _5661 Telegraph RD, Suite 4B, St. Louis MO 63129_ (address) in _St. Louis_ (County/City of St. Louis), MO, on _4/7/26_ (date) at _1:48 pm_ (time).

_Doug Shaw_                                   _[signature]_
Printed Name of Officer or Server            Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _7 April 2026_ (date).

My commission expires: _11/19/29_          _Amber R Nemec_
                        Date                Notary Public

STATE OF MISSOURI
AMBER R. NEMEC
NOTARY SEAL
My Commission Expires Nov. 19, 2029
Commission # 25875379
ST. LOUIS COUNTY
(Seal)

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-2890**
2 of 2 (2522-CC09378)                    Civil Procedure Form No. 1, SCR 54.01 – 54.05,
                                         54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - CITY OF ST. LOUIS - April 08, 2026 - 07:02 AM